**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MORGAN SMITH, JR.
ADC #100898                                                                          PLAINTIFF

V.                                        3:06CV00001-WRW

WEST MEMPHIS POLICE DEPARTMENT                              DEFENDANT

## ORDER

On February 21, 2006, this Court ordered Plaintiff to file an amended complaint which

identified specific individuals within the West Memphis Police Department who Plaintiff contends

violated his civil rights (docket entry #3).  On March 16, 2006, Plaintiff filed a response indicating

that he would like to put the case "on hold" until he was released from jail, and that he would

provide the information requested at that point (docket entry #5).

On July 14, 2006, this Court entered an order noting that Plaintiff's March 16, 2006,

response appeared to request a voluntary dismissal, and directing Plaintiff to file an additional

response clarifying whether that was in fact his intent (docket entry #6).  Although Plaintiff was

directed to file his response no later than 20 days after the order's entry date, Plaintiff has not

responded to the order.  In fact, when the order was sent to Plaintiff at his last known address, it was

returned as undeliverable (docket entry #8).  Under these circumstances, the Court concludes that

this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).[1]

*See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to

dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse

---

[1]Plaintiff has been previously notified of his obligations under Rule 5.5.  *See* docket entry
#3, footnote #1.

1

of discretion.)

IT IS THEREFORE ORDERED THAT Plaintiff's complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of August, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE