**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MORGAN SMITH, JR.
ADC #100898                                                                                                                             PLAINTIFF

V.                                     3:06CV00001 WRW

WEST MEMPHIS POLICE DEPARTMENT                              DEFENDANT

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 17th day of August, 2006.

                                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE